# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>FREMONT INVESTMENT GROUP, INC.,<br><br>　　　　Respondent. | Case No.: 11-CV-5600<br><br>ORDER TO SHOW CAUSE |

On November 18, 2011, Petitioner Hilda L. Solis, Secretary of Labor, filed a Petition to Enforce Final Agency Decision along with supporting declarations and a proposed Order to Show Cause. Upon consideration of the Petition and supporting documents, in which it is alleged that Respondent Fremont Investment Group, Inc., doing business as Fremont Business Services, failed and refused to comply with the Order entered June 15, 2011, by Administrative Law Judge William Dorsey of the Office of Administrative Law Judges, United States Department of Labor, now a final agency decision, and good cause having been shown, it is hereby ORDERED:

RESPONDENT FREMONT INVESTMENT GROUP, INC., doing business as FREMONT BUSINESS SERVICES SHALL APPEAR AND SHOW CAUSE before this Court at the United

1 States Courthouse, 1301 Clay Street, Oakland, on March 27, 2012, at 2:00 p.m., why the prayers of
2 said Petition should not be granted.
3    IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order, together with a
4 copy of the Petition and all supporting papers, forthwith upon Respondent, and that within twenty
5 days of service, a written response or return on this Order shall be filed and served upon counsel for
6 Petitioner.
7    IT IS SO ORDERED.
8 February 15, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**