1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

8  HILDA L. SOLIS,
Secretary of Labor, UNITED STATES
DEPARTMENT OF LABOR,

9

10                  Petitioner,

11                  v.

12  FREMONT INVESTMENT GROUP, INC., a
corporation,

13                  Respondent.

14

Case No.: 11-cv-5600 YGR

**JUDGMENT ON PETITION**

15      WHEREAS Hilda L. Solis, Secretary of Labor, United States Department of Labor,

16  ("Petitioner") filed with this Court a Petition to Enforce Final Agency Decision on November 18,

17  2011;

18      WHEREAS said Petition alleged that Respondent Fremont Invest Group, Inc., failed and

19  refused to comply with the Decision and Order entered on June 15, 2011, by Administrative Law

20  Judge William Dorsey of the Office of Administrative Law Judges, United States Department of

21  Labor, now a final agency decision;

22      WHEREAS the June 15, 2011 Decision and Order required Respondent to pay $60,220.98 in

23  back wages (less appropriate deductions for federal and state income tax and FICA paid from wages

24  to tax authorities), plus an additional $3,735.00 in application fees and attorney fees, plus an

25  additional $900.00 in Civil Money Penalties owed to the Wage and Hour Division, U.S. Department

26  of Labor, Attn: Maria Jackson, 60 S. Market Street, Suite 420, San Jose, California 95113, plus

27  interest under 26 U.S.C. § 6621(a)(2);

28      WHEREAS, on February 15, 2012, this Court issued an Order to Show Cause why the Petition

United States District Court
Northern District of California

United States District Court
Northern District of California

1   should not be granted requiring Respondent to file a written response no later than 20 days after

2   service of the Order to Show Cause and requiring Respondent to appear before the Court on March

3   27, 2012, at 2:00 p.m.;

4          WHEREAS, on February 21, 2012, Petitioner filed with this Court proof of service showing,

5   to the satisfaction of the Court,  personal delivery on the agent for service of process of Respondent of

6   the Order to Show Cause, along with the Petition and supporting documents;

7          WHEREAS Respondent Fremont Investment Group, Inc., failed to make any written response

8   to the Order to Show Cause and failed to appear on March 27, 2012, at 2:00 p.m. as ordered;

9          WHEREAS the Court has undertaken a careful review of said Petition and supporting

10  documents,

11          it is hereby **ORDERED AND ADJUDGED** as follows:

12          1.  That the Secretary's Petition to Enforce Final Agency Decision be and hereby is

13  GRANTED; and

14          2.  Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Final Judgment be and hereby

15  is entered in favor of Petitioner Hilda L. Solis, Secretary of Labor, United States Department of Labor

16  and against Respondent Fremont Investment Group, Inc.

17          As required in the Decision and Order entered on June 15, 2011, by Administrative Law Judge

18  William Dorsey of the Office of Administrative Law Judges, United States Department of Labor, now

19  a final agency decision, Respondent Fremont Investment Group, SHALL PAY the amount of

20  $60,220.98 in back wages (less appropriate deductions for federal and state income tax and FICA paid

21  from wages to tax authorities), plus an additional $3,735.00 in application fees and attorney fees, plus

22  an additional $900.00 in Civil Money Penalties to:

23          Wage and Hour Division, U.S. Department of Labor, Attn: Maria Jackson

24          60 S. Market Street, Suite 420, San Jose, California 95113,

25  plus interest under 26 U.S.C. § 6621(a)(2), for all of which let execution issue.

26

27  April 13, 2012

28                                                    _____
                                                    **YVONNE GONZALEZ ROGERS**
                                                    **UNITED STATES DISTRICT COURT JUDGE**

2